■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIS KNIGHT, Appellant. (Appeal No. 1.) [710 NYS2d 827] —Case held, decision reserved and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: We hold the case, reserve decision and remit the matter to Supreme Court to determine, following a hearing if necessary, whether defense counsel approved the annotated verdict sheet (*see, People v Ross,* 230 AD2d 924; *People v Albert,* 225 AD2d 1097; *see also, People v Brown,* 90 NY2d 872, 874, n). (Appeal from Judgment of Supreme Court, Monroe County, Affronti, J.—Murder, 2nd Degree.) Present—Green, J. P., Wisner, Kehoe and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIS KNIGHT, Appellant. (Appeal No. 2.) [711 NYS2d 811] —Case held, decision reserved and matter remitted to Supreme Court for further proceedings in accordance with the same Memorandum as in *People v Knight* (274 AD2d 957 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Af-

fronti, J.—Rape, 1st Degree.) Present—Green, J. P., Wisner, Kehoe and Lawton, JJ.